AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICA K. ZUNKEL |
| Date | Signature |
|  | Print Name / Bar Number |
|  | Address |
|  | City / State / Zip Code |
|  | Phone Number / Fax Number |