1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Antonio De Leon-Arteaga

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA,        ) Case No. 07CR3100-JAH
                                      )
12 |        Plaintiff,                )
                                      )
13 | v.                               ) **CERTIFICATE OF SERVICE**
                                      )
14 | ANTONIO DE LEON-ARTEAGA,         )
                                      )
15 |        Defendant.                )
   |_____)

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                       U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov

21                       Respectfully submitted,

23 DATED:    November 26, 2007         /s/ Erica K. Zunkel
                                       **ERICA K. ZUNKEL**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Antonio De Leon-Arteaga