**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Mr. De Leon-Arteaga

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3100-JAH |
| Plaintiff, ) | DATE: December 10, 2007 |
| ) | TIME: 10:30 a.m. |
| v. ) | |
| ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| **ANTONIO DE LEON-ARTEAGA,** ) | |
| ) | 1) PRESERVE EVIDENCE AND COMPEL DISCOVERY; AND |
| Defendant. ) | 2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that, on December 10, 2007, at 10:30 a.m., or as soon thereafter as counsel may be heard, defendant, Antonio De Leon-Arteaga, by and through his attorneys, Erica K. Zunkel and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## MOTIONS

Defendant, Antonio De Leon-Arteaga, by and through his attorneys, Erica K. Zunkel and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)  Preserve Evidence and Compel Discovery; and

(2)  Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:  December 3, 2007        /s/ Erica K. Zunkel
**ERICA K. ZUNKEL**
Federal Defenders of San Diego, Inc.
Attorneys for Antonio De Leon-Arteaga