**ERICA K. ZUNKEL**
California Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Mr. De Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3100-JAH |
| Plaintiff, | Date: March 17, 2008 |
| v. | Time: 8:30 a.m. |
| ANTONIO DE LEON-ARTEAGA, | MOTION FOR ORDER TO SHORTEN TIME |
| Defendant. | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in his attached Pre-Trial Motions to twelve (12) days, to be heard March 17, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

(1) Pursuant to the Court's rules, Pre-Trial Motions were due on March 3, 2008. I am the attorney assigned to this case.

(2) Counsel was out of the district from February 16-24, 2008.

(3) Counsel has a significant active district court case load.

(4) Because of the press of business, the undersigned was not able to file Pre-Trial Motions until today, March 5, 2008.

Respectfully submitted,

DATED: March 5, 2008        /s/ Erica K. Zunkel
**ERICA K. ZUNKEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. De Leon