1  **ERICA K. ZUNKEL**
   California State Bar No. 2289285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Antonio De Leon-Arteaga

6

7                   UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                   **(HONORABLE JOHN A. HOUSTON)**

10 | UNITED STATES OF AMERICA,      ) | Case No. 07CR3100-JAH
11 |         Plaintiff,             ) | DATE:    March 17, 2008
   |                                ) | TIME:    8:30 a.m.
12 | v.                             ) |
   |                                ) | NOTICE OF MOTIONS AND MOTIONS TO:
13 |                                ) |
   |                                ) | 1) DISMISS INDICTMENT;
14 | ANTONIO DE LEON-ARTEAGA,       ) | 2) STRIKE SURPLUSAGE FROM THE
   |                                ) |    INDICTMENT;
15 |         Defendant.             ) | 3) SUPPRESS STATEMENTS ; AND
   |                                ) | 4) GRANT LEAVE TO FILE FURTHER
16 |_____) |    MOTIONS

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY:
18

19      **PLEASE TAKE NOTICE** that, on March 17, 2008 at 8:30 a.m., or as soon thereafter as counsel

20 may be heard, the accused, Antonio De Leon-Arteaga, by and through his attorneys, Erica K. Zunkel and

21 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**MOTIONS**

Antonio De Leon-Arteaga, by and through his attorneys, Erica K. Zunkel, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1) To Dismiss Indictment;

2) To Strike Surplusage from the Indictment;

3) To Suppress Statements; and

4) To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED:   March 5, 2008        /s/ Erica K. Zunkel
**ERICA K. ZUNKEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. De Leon-Arteaga
erica_zunkel@fd.org