UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3100-JAH |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SHORTEN TIME |
| ANTONIO DE LEON-ARTEAGA, | ) | |
| Defendant. | ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the Defendant's Pre-Trial Motions be shortened to twelve (12) days, to be heard March 17, 2007 at 8:30 a.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: March 6, 2008

_____
JOHN A. HOUSTON
United States District Judge