**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
e-mail: erica_zunkel@fd.org

Attorneys for Mr. De Leon-Arteaga

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR3100-JAH |
| Plaintiff, | DATE: February 11, 2008 |
| | TIME: 8:30 a.m. |
| v. | |
| ANTONIO DE LEON-ARTEAGA, | DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS STATEMENTS |
| Defendant. | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW, the defendant, Antonio De Leon-Arteaga, by and through his attorneys, Erica K. Zunkel, and Federal Defenders of San Diego, Inc., and hereby files this Declaration in Support of Defendant's Motion to Suppress Statements.

Respectfully Submitted,

Dated:   March 12, 2008           /s/Erica K. Zunkel
                                  **ERICA K. ZUNKEL**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Mr. De Leon-Arteaga

1  ERICA K. ZUNKEL
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  e-mail: erica_zunkel@fd.org

5

   Attorneys for Mr. De Leon-Arteaga
6

7

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11                     (HONORABLE JOHN A. HOUSTON)

12

13  UNITED STATES OF AMERICA,        ) Case No. 07CR3100-JAH
                                     )
14         Plaintiff,                ) Date: March 17, 2008
                                     ) Time: 8:30 a.m.
15         v.                        )
                                     ) DECLARATION OF MR. DE LEON-ARTEAGA
16  ANTONIO DE LEON-ARTEAGA,         )
                                     )
17         Defendant.                )
                                     )
18

19         I, Antonio De Leon-Arteaga, declare under penalty of perjury:

20    1.   I am the defendant in the above-captioned case and make this declaration in support of a

21         motion filed by my attorney.

22    2.   On October 21, 2007, I was approached by Border Patrol agents.

23    3.   None of the agents asked me any questions.

24    4.   The agents just grabbed me and put me into a truck.

25    5.   I did not make any statements to the agents.

26  ///

27  ///

28  ///

My attorney drafted this declaration on my behalf and it has been read to me in English. I adopt it as my own. I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 3/12/2008

_____
ANTONIO DE LEON-ARTEAGA,
Declarant