1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Antonio De Leon-Arteaga

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3100-JAH |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ANTONIO DE LEON-ARTEAGA, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Nicole A. Jones
Nicole.Jones@usdoj.gov,leticia.granada@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:    April 28, 2008            /s/ Erica K. Zunkel
                                    **ERICA K. ZUNKEL**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Antonio De Leon-Arteaga