```
 1  KAREN P. HEWITT
    United States Attorney
 2  NICOLE ACTON JONES
    Assistant U.S. Attorney
 3  California State Bar No. 231929
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5482; Facsimile: (619) 235-2757
    Nicole.Jones@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO DE LEON-ARTEAGA,<br><br>    Defendant. | Criminal Case No. 07CR3100-JAH<br><br>DATE:  May 12, 2008<br>TIME:  11:30 a.m.<br>Before Honorable John A. Houston<br><br>GOVERNMENT'S NOTICE OF MOTION<br>AND MOTIONS *IN LIMINE* TO:<br><br>(A) ADMIT A-FILE DOCUMENTS;<br>(B) PROHIBIT COLLATERAL ATTACK OF THE DEPORTATION;<br>(C) ADMIT DEFENDANT'S PRIOR ADMISSIONS;<br>(D) ADMIT RULE 609 EVIDENCE;<br>(E) ADMIT GOVERNMENT'S EXPERT TESTIMONY;<br>(F) PRECLUDE ARGUMENT OF DURESS OR NECESSITY;<br>(G) EXCLUDE WITNESSES EXCEPT CASE AGENT;<br>(H) RENEWED MOTION FOR RECIPROCAL DISCOVERY; |

**NOTICE OF MOTION**

TO: ERICA ZUNKEL, Counsel for DEFENDANT ANTONIO DE LEON-ARTEAGA

PLEASE TAKE NOTICE that on May 12, 2008, at 11:30 a.m., or as soon thereafter as counsel may be heard, the Plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and NICOLE ACTON JONES, Assistant United States Attorney, will ask this Court to issue an order granting the following motions *in limine*.

//

**MOTIONS**

The United States asks the Court pursuant to the United States Constitution, Federal Rules of Criminal Procedure 12, 16, and 26, the Federal Rules of Evidence, and all other applicable statutes, case law and local rules for an order granting the Government's motions *in limine* to:

(A) ADMIT A-FILE DOCUMENTS;

(B) PROHIBIT COLLATERAL ATTACK OF THE DEPORTATION;

(C) ADMIT DEFENDANT'S PRIOR ADMISSIONS;

(D) ADMIT RULE 609 EVIDENCE;

(E) ADMIT GOVERNMENT'S EXPERT TESTIMONY;

(F) ARGUMENT OF DURESS OR NECESSITY;

(G) EXCLUDE WITNESSES EXCEPT CASE AGENT;

(H) RENEWED MOTION FOR RECIPROCAL DISCOVERY;

These motions *in limine* are based upon the instant notice of motion and motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

DATED: April 28, 2008.          Respectfully submitted,

KAREN P. HEWITT
United States Attorney


/s/ *Nicole Acton Jones*
NICOLE ACTON JONES
Assistant U.S. Attorney