UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07CR3100 JAH |
| Plaintiff, | **ORDER RESCHEDULING HEARING** |
| v. | |
| ANTONIO DE LEON-ARTEAGA | |
| Defendant. | |

On the Court's own motion, IT IS HEREBY ORDERED that the accept plea and sentencing hearing set for October 6, 2008, is VACATED and rescheduled to **October 10, 2008 at 9:00 a.m.** in Courtroom 11.

DATED: September 17, 2008

JOHN A. HOUSTON
United States District Judge

07cr3100